ORIGINAL

FILED

12/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0741

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0741

JAMES WILSON DEAN,

    Petitioner,

v.

TOM GREEN, Warden,
Dawson County Correctional Facility,

    Respondent.

ORDER

FILED

DEC 3 0 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

James Wilson Dean has filed a Petition for Writ of Habeas Corpus, requesting an additional elapsed time credit of 247 days from August 22, 2022 to April 28, 2023, while he was on probation. Upon review, we deem it appropriate to require a response to his Petition. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Corrections is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to James Wilson Dean personally.

DATED this 30th day of December, 2024.

                                              Justice